

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-12-00294-CR

Vanessa **CAMERON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
Honorable Ron Rangel, Judge Presiding

# O R D E R

On May 10, 2016, we abated this appeal pending the United States Supreme Court's disposition of appellant's petition for writ of certiorari. Appellant recently notified this court that the petition for writ of certiorari was denied by the Supreme Court on October 3, 2016. Appellant has moved to reinstate the appeal and has requested an opportunity to file an amended appellant's brief on the issue before the court on remand from the Texas Court of Criminal Appeals. *See Cameron v. State*, No. PD-1427-13, 2016 WL 859173 (Tex. Crim. App. Mar. 2, 2016). Appellee has not opposed the motion.

Accordingly, the motion is GRANTED and the appeal is hereby REINSTATED on the docket of this court. It is ORDERED that the parties may submit amended briefs on the issue discussed in the Court of Criminal Appeals' opinion. The appellant's amended brief is due ***within thirty (30) days*** from the date of this order. The appellee's amended brief, if any, will be due thirty (30) days after the appellant's amended brief is filed in this court. If either party chooses not to file an amended brief, the party is ORDERED to promptly notify the court of such fact.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.



Keith E. Hottle
Clerk of Court